IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Julkes, Rodger L

Printed: 9/3/08

Case Number: 08 B 00440
Judge: Wedoff, Eugene R
Filed: 1/9/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: July 17, 2008
Confirmed: March 13, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 1,990.00 |  |
| Secured: |  | 475.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,386.81 |
| Trustee Fee: |  | 128.19 |
| Other Funds: |  | 0.00 |
| Totals: | 1,990.00 | 1,990.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 3,464.00 | 1,386.81 |
| 2. | Carrington Mortgage Services, LLC | Secured | 0.00 | 0.00 |
| 3. | Consumer Portfolio Services | Secured | 12,921.33 | 475.00 |
| 4. | Carrington Mortgage Services, LLC | Secured | 7,214.40 | 0.00 |
| 5. | Portfolio Recovery Associates | Unsecured | 666.48 | 0.00 |
| 6. | Portfolio Recovery Associates | Unsecured | 829.41 | 0.00 |
| 7. | Premier Bankcard | Unsecured | 391.82 | 0.00 |
| 8. | Credit Protection Association | Unsecured |  | No Claim Filed |
| 9. | Applied Card Bank | Unsecured |  | No Claim Filed |
| 10. | CB USA | Unsecured |  | No Claim Filed |
| 11. | Mutual Hospital Services | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 25,487.44 | $ 1,861.81 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.4% | 5.71 |
| 6.5% | 122.48 |
|  | _____ |
|  | $ 128.19 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Julkes, Rodger L

Printed: 9/3/08

Case Number: 08 B 00440
Judge: Wedoff, Eugene R
Filed: 1/9/08

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

